United States District Court
Southern District of Texas
**ENTERED**
July 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Storey Mountain, LLC, assignee of First Horizon Bank, successor by merger to IberiaBank | § § § § | |
| *Plaintiff/Garnishor* | § § | |
| VS | § § | C.A. No. 4:22-mc-00524 |
| JPMorgan Chase Bank, N.A., Wells Fargo Bank, National Association, USAA Federal Savings Bank, E*Trade Securities, LLC, Fidelity Brokerage Services, LLC, TD Bank, NA, J.S.C. Federal Credit Union d/b/a Wellby | § § § § § § § § | |
| *Defendants/Garnishees* | § | |

## ORDER GRANTING APPLICATION FOR WRITS OF GARNISHMENT AFTER JUDGMENT

Plaintiff/Garnishor Storey Mountain, LLC, assignee of First Horizon Bank, successor by merger to IberiaBank, as owner and holder of a judgment against Odin Alliance, Ltd., Odin Industrial, Inc., Odin Demolition & Asset Recovery, LLC, M. Katherine Weldon-Mitchum, and James M. Mitchum, jointly and severally ("Judgment Debtors"), issued in Civil Action No. 4:16-cv-01933 in the Houston Division of the Southern District of Texas, on August 22, 2017, has requested that the Court grant its Application for Writs of Garnishment after Judgment.

Odin Alliance, Ltd. is a Texas limited partnership whose last known address is 2500 Wilcrest Drive, Suite 201, Houston, Texas 77042, and is identifiable by FEIN: XX-XX1230.

Odin Industrial, Inc. is a Texas corporation whose last known address is PO Box 99, Deer Park, Texas 77536.

Odin Demolition & Asset Recovery, LLC, is a Texas limited liability company, whose last

known address is 203 Ivy Avenue, Deer Park, Texas 77536, and is identifiable by FEIN: XX-XXX9109.

M. Katherine Weldon-Mitchum is an individual whose last known address and residence is 3802 Windsor Park, Deer Park, Texas 77536-6182, and is identifiable by SSN: XXX-XX-9390.

James M. Mitchum is an individual whose last known address and residence is 3802 Windsor Park, Deer Park, Texas 77536-6182, and is identifiable by SSN: XXX-XX-4946.

After considering the pleadings and other papers on file with the Court, the Court finds and concludes that Garnishor is entitled to writs of garnishment as requested pursuant to Tex. Civ. Prac. & Rem. Code § 63.001(3) because: (i) Garnishor has a valid, subsisting Agreed Final Judgment for which no supersedeas bond has been approved and filed, (ii) Garnishor has sufficient grounds to reasonably believe the Judgment Debtors do not possess property in Texas subject to execution that is sufficient to satisfy the Agreed Final Judgment they owe joint and severally to the Garnishor, and (iii) Garnishor has sufficient grounds to reasonably believe that JPMorgan Chase Bank, N.A., Wells Fargo Bank, National Association, USAA Federal Savings Bank, E*Trade Securities, LLC, Fidelity Brokerage Services, LLC, TD Bank, National Association, and J.S.C. Federal Credit Union d/b/a Wellby ("Garnishees") are each indebted to Judgment Debtors, and (iv) Plaintiff/Garnishor is not seeking to injure or harass the Garnishees or Judgment Debtors by seeking writs of garnishment.

The Court therefore concludes that Storey Mountain, LLC's Application for Writs of Garnishment after Judgment meets the applicable requirements under Texas law and the Federal Rules of Civil Procedure.

It is therefore ORDERED as follows:

(1)     Storey Mountain, LLC's Application for Writs of Garnishment after Judgment is

GRANTED;

 (2) The District Clerk SHALL ISSUE a separate writ of garnishment to:

  (a) JPMorgan Chase Bank, N.A., which may be served with process by delivering the writ to its registered agent for service of process in Texas, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

  (b) Wells Fargo Bank, National Association, which may be served with process by delivering the writ to its registered agent for service of process in Texas, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

  (c) USAA Federal Savings Bank, which may be served with process by delivering the writ to its registered agent for service of process in Texas, Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

  (d) E*TRADE Securities, LLC, which may be served with process by delivering the writ to its registered agent for service of process in Texas, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

  (e) Fidelity Brokerage Services, LLC, which may be served with process by delivering the writ to its registered agent for service of process in Texas, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

  (f) TD Bank, NA, which may be served with process by delivering the writ to its registered agent for service of process in Texas, Corporation Service Company dba CSC Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

  (g) J.S.C. Federal Credit Union d/b/a Wellby, which may be served with process by delivering the writ to President Marty Pell, or any bank manager, at 1330 Gemini Avenue, Houston, Texas 77058.

 (3) Each such writ SHALL COMMAND each Garnishee to appear as required by law and answer under oath (a) what, if anything, the Garnishee is indebted to Judgment Debtors and was when the writ was served, and (b) what effects, if any, of Judgment Debtors the Garnishee has in its possession, and had when such writ was served, and (c) what other persons, if any, within

3

the Garnishee's knowledge, as indebted to or have effects belonging to Judgment Debtors;

(4) Each such writ SHALL COMMAND each Garnishee NOT to pay to Judgment Debtors any debt or deliver to them any effects pending further order of this Court;

(5) The maximum value of property or indebtedness that may be garnished may not exceed the amount of the Agreed Final Judgment awarded, which is $341,262.53, through March 22, 2022, exclusive of costs of court; and

(6) Upon service of the Writ of Garnishment on Garnishees, Garnishor shall promptly serve notice of the garnishment pursuant to applicable Texas law on Judgment Debtors at their last known address.

SIGNED: July 12, 2022

_____
Andrew S. Hanen
United States District Court Judge